191 So. 649

**J. R. ALLDREDGE et al. v. T. M. BAILEY.**

**6 Div. 580.**

Supreme Court of Alabama.

Oct. 19, 1939.

Melvin Hutson, of Decatur, and H. H. Kinney, of Cullman, for petitioners.

St. John & St. John, of Cullman, for respondent.

PER CURIAM.

Petition of J. R. Alldredge and others, as members of the Board of Finance and Control of Cullman County, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case styled Alldredge et al. v. Bailey, 191 So. 647.

Writ denied.

ANDERSON, C. J., and GARDNER, THOMAS, BOULDIN, BROWN, and FOSTER, JJ., concur.